1 MARK W. GOOD (Bar No. 218809)
TERRA LAW LLP
2 50 W. San Fernando St., #1415
San Jose, California 95113
3 Telephone: 408-299-1200
Email: mgood@terra-law.com
4
JONATHAN T. SUDER *(Pro Hac Vice To Be Filed)*
5 CORBY R. VOWELL *(Admitted Pro Hac Vice)*
TODD I. BLUMENFELD *(Pro Hac Vice To Be Filed)*
6 **FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
7 604 East 4th Street, Suite 200
Fort Worth, Texas 76102
8 Telephone: (817) 334-0400
Email: jts@fsclaw.com
9 Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com
10 **Counsel for Plaintiff**
**SOFTVAULT SYSTEMS, INC.**
11
Michael A. Berta (Bar No.194650)
12 michael.berta@apks.com
Ryan Casamiquela (Bar No. 228559)
13 ryan.casamiquela@apks.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
14 Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
15 Telephone: 415.471.3100
**Attorneys for Defendant**
16 **ADOBE SYSTEMS INCORPORATED**

**GRANTED**
Judge Yvonne Gonzalez Rogers
6/13/2017

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> ADOBE SYSTEMS, INCORPORATED, <br> Defendant. | CASE NO. 4:16-cv-06474-YGR <br><br> **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** <br><br> **JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff SOFTVAULT SYSTEMS, INC. ("SoftVault") and Defendant ADOBE SYSTEMS, INC. ("Adobe") have mutually agreed that SoftVault shall dismiss its claims against Adobe currently pending in the

1
JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

above-captioned matter, without prejudice. The parties, therefore, jointly stipulate to the dismissal of the above-captioned cause of action, and all claims by SoftVault against Adobe therein, without prejudice.

The parties further stipulate that all costs, fees and other expenses relating to the above-captioned matter (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

DATED: June 6, 2017  /s/ Corby R. Vowell

Jonathan T. Suder
Corby R. Vowell
Todd Blumenfeld
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: blumenfeld@fsclaw.com
Email: vowell@fsclaw.com

MARK W. GOOD (Bar No. 218809)
TERRA LAW LLP
50 W. San Fernando St., #1415
San Jose, California 95113
Telephone: 408-299-1200
Facsimile: 408-998-4895
Email: mgood@terra-law.com

**Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.**


/s/ Michael A. Berta (w/ permission)

Michael A. Berta (Bar No.194650)
michael.berta@apks.com
Ryan Casamiquela (Bar No. 228559)
ryan.casamiquela@apks.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
**Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED**

4840-6489-3770, v. 1